UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11615 RCL

MICHAEL SEALY,
    Plaintiff,

v.

G. CONWAY, INC.,
    Defendant.

### G. CONWAY INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the defendant G. Conway, Inc., hereby states that it is a privately held corporation and does not have a corporate parent.

G. CONWAY, INC.,

By their attorneys,

_/s/ Nancy J. Puleo_
Rosanna Sattler, BBO #442760
Nancy J. Puleo, BBO #648457
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
(617) 973-6100

Dated: December 8, 2005

ID # 446760v01/1268-131/ 12.08.2005
12/8/2005

## CERTIFICATE OF SERVICE

I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this 8 day of December, 2005 I caused a copy of the above to be served by first-class mail and electronic means to Andrew M. Abraham, Esq., Baker & Abraham, P.C., 30 Rowes Wharf, Boston, MA 02110.

_____
Nancy J. Puleo

ID # 446760v01/1268-131/ 12.08.2005
12/8/2005