## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05-11615 RCL**

MICHAEL SEALY,
    Plaintiff,

v.

G. CONWAY, INC.,
    Defendant.

### G. CONWAY INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Pursuant to Local Rule of Civil Procedure for the United States District Court for the District of Massachusetts 16.1(D)(3), the defendant, G. Conway, Inc., hereby certifies, that it has conferred with counsel regarding (1) the costs of litigating or resolving this matter through the various alternative courses; and (2) the possibility of resolving this matter through the use of alternative dispute resolution programs.

_____
On behalf of G. Conway, Inc.

G. CONWAY, INC.,

By their attorneys,

_____
Rosanna Sattler, BBO #442760
Nancy J. Puleo, BBO #648457
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA   02199-8004
(617) 973-6100

Dated: December 8, 2005

## CERTIFICATE OF SERVICE

I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this $8$ day of December, 2005 I caused a copy of the above to be served by first-class mail and electronic means to Baker & Abraham, P.C., 30 Rowes Wharf, Boston, MA 02110.

Nancy J. Puleo