UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11615 RCL

MICHAEL SEALY,
    Plaintiff,

v.

G. CONWAY, INC.,
    Defendant.

### PLAINTIFF'S COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Andrew Abraham, counsel for the Plaintiff in this case hereby certify that I have conferred with my client about Alternative Dispute Resolution such as those outlines in Local Rule 16.4 and. I have further conferred with my client with regard to establishing a budget for the costs of conducting the full course of litigation.

                                Respectfully submitted,
                                Michael Sealy,
                                By his attorney

                                Andrew M. Abraham, Esq.
                                BBO #631167
                                Baker & Abraham, P.C.
                                30 Rowes Wharf, Suite 410
                                Boston, MA 02110
                                (617)330-1330

Dated: December 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of December, 2005 that a copy of the within document will be served, by first-class mail, postage prepaid, to all counsel of record in this action.

_____
Andrew M. Abraham