Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-11615 RCL

MICHAEL SEALY,
    Plaintiff,

v.

G. CONWAY, INC.,
    Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Sealy, by and through his undersigned counsel, hereby dismisses his claims contained in the Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs. All rights of appeal as to this dismissal are hereby waived.

| | |
|---|---|
| MICHAEL SEALY,<br>By his attorney, | G. CONWAY, INC.,<br>By its attorneys, |
| _/s/ Andrew M. Abraham_<br>Andrew M. Abraham, BBO #631167<br>Baker & Abraham, P.C.<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 330-1330 | _/s/ Nancy J. Puleo_<br>Rosanna Sattler, BBO #442760<br>Nancy J. Puleo, BBO #648457<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-8004<br>(617) 973-6100 |
| Date: 7-11-06 | Date: 7/10/06 |

ID # 451473v01/1268-113/ 06.20.2006